TERRY A. WILLS, ESQ. (SBN 133962)
ERICK C. TURNER, ESQ. (SBN 236186)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant YOLO COUNTY FLOOD
CONTROL AND WATER CONSERVATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CARMAN<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YOLO COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT<br><br>　　　　Defendant. | Case No. 2:06-CV-01374-FCD-KJM<br><br>**STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action that the Third Claim for Relief: Restitution of Unpaid Overtime Wages in Violation of California's Unfair Trade Practices Act and Fourth Claim for Relief: Restitution of Unpaid Minimum Wage in Violation of California's Unfair Trade Practices Act as set forth in Plaintiff RAY CARMAN'S Complaint be and hereby are, dismissed with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

DATED: September 12, 2006　　　　　　　　　JORDAN, AQUI & TYNAN


By:　__/s/ Diane Aqui_____
　　　DIANE AQUI, ESQ.
　　　KAREN TYNAN, ESQ.
　　　Attorneys for Plaintiff
　　　RAY CARMAN

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  September 12, 2006

COOK BROWN, LLP
TERRY A. WILLS, ESQ.
ERICK C. TURNER, ESQ.


By:      /s/ Erick Turner
Attorneys for Defendant
YOLO COUNTY FLOOD CONTROL
AND WATER CONSERVATION
DISTRICT

IT IS SO ORDERED:

DATED:  September 12, 2006

/s/ Frank C. Damrell Jr           .
JUDGE, UNITED STATES
DISTRICT COURT

**STIPULATION OF DISMISSAL**

G:\DOCS\FCD\orders to be signed\CARMAN-YOLO stip dism.doc         2

PDF created with pdfFactory trial version www.pdffactory.com